UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

_Doreen Ernandez_

PLAINTIFF(S)

EEOC COMPLAINT

CIVIL NO. _10 5614 (SRC)_

-vs-

_Merrill Lynch_

DEFENDANT(S)

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff(s) resides at _P.O. Box 732_
   Street Address
   _Morris Plains_, _Morris_, _N.J._ _07950_
   City            County                State
   _973-590-8006_
   Phone Number

3. Defendant (s) lives at , or its business is located at _100 Campus Drive, 3rd Floor,_
(Street Address)
_Florham Park_ , _(Morris County)_ _NJ 07932_, _(973) 301-7600_ .
(County) (State) (Phone Number)

4. Please state the address at which you sought employment

_Florham Park thru Newark Office Listing_ (County: _Morris/Essex_) _N.J._
City  County  State

5. State as nearly as possible when the discriminatory acts occurred:

_31st_ , _July_ , _2002_ .
Day  Month  Year

5a. If practice is continuing check the appropriate box:

_____YES    ___✓___NO

6. State as nearly as possible when you filed charges with the N.J. Division of Civil

Rights regarding defendant's alleged discriminatory conduct: _22_ , _July_ ,
Day  Month
_2010_ .
Year

7. State as nearly as possible when you filed charges with the N.J. Division on Civil

Rights regarding defendants alleged discriminatory conduct: _22_ , _July_ ,
Day  Month
_2010_ .
Year

8. The Equal Employment Opportunity Commission issued the attached

Notice-Of-Right-To-Sue letter which as received by you on

_↗ 8/16/10_ , _____ , _____ .

(Note: Please attach Notice-of-Right-to Sue letter to this Complaint)

9. The acts complained by you, in this suit, concern:

    A. ___✓___ Failure to employ you.
    B. ___✓___ Termination of you employment.
    C. _____ Failure to promote you.
    D. _____ Other acts (please specify) _____

10. Defendant's conduct is discriminatory with respect to which of the following:

_I was discriminated against_
_as indicated below._

    A. ___✓___ Your Race
    B. _____ Your Color
    C. _____ Your Sex
    D. _____ Your Religion
    E. _____ Your National Origin

11. A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of your claim.

12. If relief is not granted, plaintiff will be irreparably denied rights secured by the Title VII of the Civil Rights Act of 1964, as amended.

13. Plaintiff (s) has no adequate remedy at law to redress the wrongs described above.

WHEREFORE, Plaintiff (s) prays (check appropriate letter (s) as follows):

A. ✓ That all fees, costs or security attendant to this litigation be hereby waived pursuant to affidavit of indigency submitted herewith.

B. ✓ That the Court grant such relief as may be appropriate, including injunctive orders, damages and costs.

_____
SIGNATURE OF PLAINTIFF