UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DOREEN ERNANDEZ, | : | Civil No. 10-5614 (SRC) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| MERRILL LYNCH. | : | |
| Defendant. | : | |

**CHESLER, District Judge**

Plaintiff has filed an application pursuant to 28 U.S.C. § 1915(a)(1) to proceed *in forma pauperis* in this action brought for copyright infringement and unfair competition under the federal Copyright Act, 17 U.S.C. §§ 101, et seq. Based on Plaintiff's affidavit of poverty, the Court finds that Plaintiff qualifies for *in forma pauperis* status pursuant to 28 U.S.C. § 1915.

**IT IS** therefore on this 9th day of February, 2011,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summonses and the United States Marshal shall serve the summons and a copy of the Complaint and this Order on Defendant, with all costs of service advanced by the United States.

                s/ Stanley R. Chesler
            **STANLEY R. CHESLER, U.S.D.J.**